UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

IN RE:
PATRICIA WALDRUP,                *       CASE NO. 10-41355
DEBTORS         *Amended*                CHAPTER 13
**AMEND CHAPTER 13 PLAN**
*(as to Certificate Only)*

Comes now the above named debtors and amends her Chapter 13 Plan as to the following, to-wit:

1. See attached exhibit.

/S/Megan C. Carpenter

Megan C. Carpenter
Attorney for Debtor
Campbell & Campbell, P.C.
P. O. Drawer 756
Talladega, AL 35161
(256) 761-1858

CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing amended plan to Linda B. Gore, P. O. Box 1338, Gadsden, AL 35902 and attached list of creditors on this the 16 day of July, 2010.

/S/Megan C. Carpenter

Megan C. Carpenter

Chapter 13 Plan Summary

Debtor **Patricia Waldrup**     SSN _____     Case No. **10-41355**

Debtor _____     SSN _____     Net Monthly Earnings **amended**

Number of Dependents _____

I. Plan Payments:
   **XX** Debtor(s) propose to pay a periodic payment of $ **371.00** ___ weekly ___ bi-weekly ___ semi-monthly **XX** monthly into the plan; or
   ___ Payroll Deduction Order to _____ for $_____ ___ weekly ___ bi-weekly ___ semi-monthly ___ monthly.

   The length of the plan is **60** months, and the total debt to be paid through the plan is $ **22260.00**.

II. From the payments received, the Trustee shall make disbursements pursuant to the Bankruptcy Code, including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless the creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

B. Total ATTORNEY FEE of $ **2750.00** to be paid as follows: **$450.00 at confirmation then $350.00/m for 4 mos then $100/m for 9mo**

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts

| Name of Creditor | Total Amount of Debt | Amount of Reg. Payments to be Paid | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
|  |  | __ by Trustee __ by Debtor |  |  |  |  |  |
|  |  | __ by Trustee __ by Debtor |  |  |  |  |  |

2. Secured Debts (not long term debts) to be paid through the Trustee: Adequate Protection will be provided by valuing the collateral as of the filing date of the case so that there will be no decrease in value due to the stay.

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| GMAC |  | 3349.42 | 3349.42 | 0 | 04 Sunfire | 5% | 93.15 | 12/2010 |
| Kawasaki |  | 1035.15 | 1035.15 | 0 | 4 wheeler | 5% | 36.78 | 12/2010 |
|  |  |  |  |  |  |  |  |  |

III. Other debts (not shown in (1) or (2)) above which Debtor(s) propose(s) to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payments | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

IV. Special Provisions: Debtor(s) will continue to pay pre- and post-petition electrical service in the ordinary course of business as adequate assurance of future payment under Title 11 U.S.C. § 366.
   ___ This is an original plan.
   **XX** This is an amended plan replacing the plan dated **5/11/10**.
   **XX** SECURED CLAIM HOLDERS WILL BEGIN RECEIVING DISTRIBUTIONS BEGINNING: **December**, 20**10**.
   **XX** This plan proposed to pay unsecured creditors approximately **100** %. **+ 2% interest**
   ___ Other provisions: _____

CAMPBELL & CAMPBELL, PC     Dated: **7/8/10**
400 S. Court Square
P. O. Drawer 756
Talladega, AL 35161
(256) 761-1858

Signature of Debtor _____

Signature of Debtor _____

Anniston Anesthesia
P.O. Box 2604
Anniston, AL 36202

Baptist Medical Ctr-Citizen
P.O. Box 11407
Birmingham, AL 35246

Citi Cards
P.O. Box 182564
Columbus, OH 43218-2564

Dillard's
GE Money Bank
Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

Discover Financial Ser
Discover Bank
P.O. Box 3025
New Albany, OH 43054

Dr. Bryan Freeman
822 Leighton Avenue
Anniston, AL 36201

GMAC
P. O. Box 380901
Bloomington, MN 55438

Goody's
Customer Service
P.O.Box 182273
Columbus, OH 43218

JC Penney
GE Money Bank
Bankruptcy Dept
P.O.Box 103104
Roswell, GA 30076

Kawasaki
Retail Services
P.O. Box 703
Wood Dale, IL 60191

Lane Bryant
P. O. Box 84047
Columbus, GA 31908-4047

LTD Financial Services
7322 Southwest Freeway

Suite 1600
Houston, TX 77074

Marvin's
P. O. Box 215
Memphis, TN 38101-0215

Mosley's Flower Shop
608 W. Battle Street
Talladega, AL 35160

NE Regional Medical
P. O. Box 1380
Anniston, AL 36202

PBC of Maryland
5295 DTC Pkwy
Greenwood Village, CO 80111

Resurgent Capital Service
LVNV Funding/Sherman Acquis
P.O. Box 10587
Greenville, SC 29603

Roundup Funding, LLC
P.O.Box 91121
Seattle, WA 98111

Shell Credit Card
P.O.Box 68915
Des Moines, IA 50368

Superior Asset Managment
P.O. Box 47248
Oak Park, MI 48237

Wal-Mart Discover
P. O. Box 960024
Orlando, FL 32896-0024